## BROWN *v.* WYGANT.

[No. 11,257.   Filed April 4, 1922.   Rehearing denied May 16, 1922.]

From Allen Superior Court; *William N. Ballou,* Judge.

Action between Edward S. Brown and Joseph Wygant. From the judgment rendered, the former appeals. *Affirmed.*

*Fred H. Bowers, Milo N. Feightner* and *Lee M. Bowers,* for appellant.

*Samuel E. Cook, Otto H. Krieg, Sumner Kenner* and *Arthur H. Sapp,* for appellee.

PER CURIAM.—Judgment affirmed.

## MALONE, TRUSTEE, *v.* KITCHEN.

[No. 11,360.   Filed May 31, 1922.]

From White Circuit Court; *Benjamin F. Carr,* Judge.

Action between James H. Malone, trustee of Liberty School township, and Elizabeth R. Kitchen. From the judgment rendered, the former appeals. *Motion to dismiss overruled.*

*Palmer & Marvin,* for appellant.

*W. S. Bushnell* and *L. D. Carey,* for appellee.

BATMAN, C. J.—Motion to dismiss overruled on the authority cf *Vogel* v. *Brown Township* (1887), 112 Ind. 299, 14 N. E. 77, 2 Am. St. 187; *Vogel* v. *Brown School Township* (1887), 112 Ind. 317, 14 N. E. 78; *State, ex rel.* v. *Wilson* (1888), 113 Ind. 501, 15 N. E. 596; *Morrow, Trustee,* v. *Shober* (1898), 19 Ind. App. 127, 49 N. E. 189.

## BOGART *v.* HILLER.

[No. 11,331.   Filed June 1, 1922.]

From Franklin Circuit Court; *Cecil C. Tague,* Judge.

Action between Omer Bogart and William Hiller. From the judgment rendered, the former appeals. *Affirmed.*

*I. N. McCarty* and *Morris McMannaman,* for appellant.

*M. P. Hubbard,* for appellee.

PER CURIAM.—Judgment affirmed.